UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.    ) | CAUSE NO.  1:95cr36 |
| ) | |
| MURRAY ALLAN WOODWORTH  ) | |
| ) | |

OPINION AND ORDER

This matter is before the court on a motion to appeal in forma pauperis.  For the following reasons, the motion will be denied.

Discussion

Leave to proceed in forma pauperis should not be granted where the trial court certifies that "it is not taken in good faith".  28 U.S.C.1915(a) (1994).  In this case, further appeal on the grounds asserted by petitioner would be frivolous.  Over the years since his conviction and sentence, Woodworth has continuously filed appeals and post-conviction motions.  Having used up his § 2255 possibilities, Woodworth filed motions purportedly under Rule 60(b) and 18 U.S.C. § 3742.  In an order dated July 20, 2005, this court denied Woodworth's motions.

Woodworth now seeks to appeal this court's order.  As the motions underlying the appeal are totally meritless and frivolous and not taken in good faith, this court hereby DENIES Woodworth's motion to appeal in forma pauperis.

Entered: August 16, 2005.

s/ William C. Lee
William C. Lee, Judge
United States District Court